1  MICHELLE D. SPENCER, SBN 164696
   LAW OFFICE OF MICHELLE D. SPENCER
2  55 River Street, Suite 100
3  Santa Cruz, CA 95060
   Tel:  831.458.0502
4  Fax: 831.515.5053

5  Attorney for
   Sandra Esthela Morales Tijerina
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO:  21-MJ-70258-MAG |
|---|---|
| Plaintiff, | |
| v. | JOINT STIPULATION AND [P~~ROPOSE~~D] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| SANDRA ESTHELA MORALES TIJERINA, | |
| Defendant. | |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the Court continue the preliminary hearing date of April 8, 2021 at 1:00 p.m. to May 24, 2021 at 1:00 p.m.

This Court previously agreed to continue the date of the preliminary hearing and to exclude time under the Speedy Trial Act through April 8, 2021.

- 1 -

Stipulation and [~~Proposed~~] Order Continuing Preliminary Hearing and Excluding Time

The defendant is currently charged by criminal complaint and she remains out of custody pursuant to an unsecured bond entered on February 11, 2021.

The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

The parties also stipulate that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases in this instance. Therefore, the parties respectfully request that the time between April 8, 2021 and May 24, 2021 be excluded from computation under the Speedy Trial Act and that the time within which a preliminary hearing must be held be extended until May 24, 2021.

IT IS SO STIPULATED:

          Respectfully submitted,
          STEPHANIE HINDS
          Acting United States Attorney

Dated: March 31, 2021          /S/
          ALEXANDRA SHEPARD
          Assistant United States Attorney

Dated: March 31, 2021          /S/
          MICHELLE D. SPENCER
          Attorney for Sandra Esthela Morales Tijerina

Stipulation and [Proposed] Order Continuing Preliminary Hearing and Excluding Time

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 8, 2021 through May 24, 2021 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of April 8, 2021 at 1:00 p.m. to May 24, 2021 at 1:00 p.m., before the Honorable Kandis A. Westmore and (2) orders that the period from April 8, 2021 through May 24, 2021 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: March 31, 2021

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge