STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Email: alexandra.shepard@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SANDRA ESTHELA MORALES TIJERNA, <br><br> Defendant. | No. 5:21-MJ-70258 MAG <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the preliminary hearing date of June 25, 2021, at 1:00 p.m. to August 6, 2021 at 1:00 p.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b). This Court previously agreed to continue the date of the preliminary hearing and to exclude time under the Speedy Trial Act through June 25, 2021.

The parties agree, and the Court finds and holds, as follows:

1.     The defendant is currently charged by criminal complaint. The defendant is not in

custody, having been released on an unsecured bond on February 11, 2021.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in her client's best interest, and that it is not in her client's interest for the United States to indict the case during the timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 25, 2021 through August 6, 2021 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of June 25, 2021 at 1:00 p.m. to August 6, 2021 at 1:00 p.m., before the Honorable Virginia K. DeMarchi, and (2) orders that the period from June 25, 2021 through August 6, 2021 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: June 23, 2021
                                                /s/
MICHELLE SPENCER
Attorney for Defendant

DATED: June 23, 2021
                                                /s/
ALEXANDRA SHEPARD
Assistant United States Attorney

STIP. AND ORDER CONTINUING PRELIMINARY HEARING AND WAIVING TIME
2

IT IS SO ORDERED.

DATED:  June 24, 2021



_____
HON. DONNA M. RYU
United States Magistrate Judge

STIP. AND ORDER CONTINUING PRELIMINARY HEARING AND WAIVING TIME